STATE of Missouri, Respondent,

v.

John M. GRIFFIN, Appellant.

WD 77368

Missouri Court of Appeals,
Western District.

June 30, 2015

Jeannette Wolpink, Kansas City, MO,
Counsel for Appellant

Richard Starnes, Jefferson City, MO,
Counsel for Respondent

Before Division One: James Edward
Welsh, P.J., Thomas H. Newton, and
Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. John M. Griffin appeals a sentence
as a chronic offender, section 577.023, for
convictions of driving while intoxicated,
section 577.010, and driving while revoked,
section 302.32. He also claims that imper-
missible hearsay was admitted at the trial.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
30.25(b).

STATE of Missouri, Respondent,

v.

Keith Aaron LANCASTER, Appellant.

WD 77429

Missouri Court of Appeals,
Western District.

ORDER FILED: June 30, 2015

Evan J. Buchheim, Jefferson City, MO,
for respondent.

Erika R. Eliason, Columbia, MO, for
appellant.

Before Division Two: Lisa White
Hardwick, Presiding Judge, Victor C.
Howard, Judge and Cynthia L. Martin,
Judge

### ORDER

Per curiam:

Keith Lancaster appeals from the trial
court's entry of judgment convicting him of
driving while intoxicated as a persistent
offender. Lancaster argues that the trial
court erred in overruling his motion for
judgment of acquittal at the close of the
evidence and in imposing a judgment and
sentence against him because there was
insufficient evidence of a causal connection
between the presence of drugs in Lancas-
ter's system and an impaired ability to
operate a motor vehicle. We affirm. Rule
30.25(b).